**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-22094-UU

DEVIN WILLIAMS, *et al.*,

    Plaintiffs,

v.

LT. BRIAN COLLINS, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge (the "R&R"). D.E. 50. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On December 18, 2020, the Court referred Defendants' Verified Motion to Tax Costs (the "Motion") to Magistrate Judge Lisette M. Reid for a report and recommendation. *See* D.E. 48. On January 15, 2021, Magistrate Judge Reid issued the R&R, recommending that the Motion be granted. D.E. 50. Judge Reid recommended that Defendants receive $2,152.22 in taxable costs against Plaintiffs. *Id.* Magistrate Judge Reid granted the parties fourteen (14) days from the date of the R&R to file any objections to the R&R. As of the date of this Order, no party has filed an objection. After a thorough review of the record and the R&R, the undersigned agrees with Magistrate Judge Reid's recommendation in all respects. Accordingly, it is

ORDERED AND ADJUDGED that the Report (D.E. 50) is ADOPTED, RATIFIED, AND AFFIRMED in all respects. Defendants' Motion (D.E. 46) is hereby GRANTED as set forth in the R&R. Defendants are entitled to receive taxable costs against Plaintiffs in the amount of **$2,152.22**. The case remains closed.

DONE AND ORDERED in Chambers, Miami, Florida, this _5th_ day of February, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Magistrate Judge Lisette M. Reid